

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00207-CV

Peter **BARTON**,
Appellant

v.

Ana Lisa **GARZA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-308
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a response to this court's April 8, 2014 order is GRANTED. Appellant's response is due on **May 6, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court